UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 5:16-cv-02007-RGK-E | Date | March 12, 2021 |
|---|---|---|---|
| Title | JOSEPH PATRICK ROMAN SIMON v. JOHN McMAHON, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 9, 2021 the Court received a letter from the plaintiff. Pursuant to Local Rule 83-2.5, no letters to the judge are permitted. The letter has been filed under seal [143] and will not be considered by the Court.

Plaintiff has appointed counsel and any communication with the Court must be filed by counsel in pleading format.

**IT IS SO ORDERED.**

                                                                                                : 

Initials of Preparer    slw

cc:   Joseph Patrick Roman Simon
      CDCR #AD3844
      HDDC - Cell 5D-15
      9438 Commerce Way
      Adelanto, CA 92301